1
 Tiffany Kavanaugh in her official capacity as Telluride Town Clerk; Lars D. Carlson; Annie K. Carlson; Mark A. Mitchell; Robert G. Efaw; Richard C. Stevens, Jr; Melody B. Stevens; Gregory Craig Simpson; Elizabeth B. Burk; Mark C. Quick; Lori S. Quick; Wells Management Trust Investments, LLC, a Texas limited liability company; Emil P. Sante; Pamela Sante; Butcher Creek Partners, LLC, a Texas limited liability company; Charles Parrish; Ashley Parrish; and 330 Telluride Condo, LLC, a Colorado limited liability company, Petitioners v. Telluride Locals Coalition Petitioners' Committee, Matthew Hintermeister; Ian Wilson; Daniel Aurand; and Brighton Properties, LLC, a Colorado limited liability company, Respondents No. 24SC522
Supreme Court of Colorado, En Banc
June 30, 2025
           Court
 of Appeals Case No. 23CA1035
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals correctly applied this court's
 opinion in Vagneur v. City of Aspen, 295 P.3d 493
 (Colo. 2013), where the court held that government land use
 decisions subject to complex or specialized expertise are not
 ordinarily subject to the power of citizen initiatives.
 
 
          Whether
 Colorado's Planned Unit Development Act of 1972, sections
 24-67-101 to -108, C.R.S. (2024) ("PUD Act"), which
 delegates regulation of planned unit developments to
 municipalities, can be overridden by the power of initiative.